WESTMORELAND ASBESTOS COMPANY, INC., et al., Appellants, *v.* JOHN A. ROEBLING'S SONS COMPANY OF NEW YORK, Respondent.

Argued May 18, 1939; decided July 11, 1939.

*M. M. Leichter* and *John L. Ketcham* for appellants.

*A. S. Edmonds, Theodore Kiendl* and *Frederick G. Watson* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN. J